## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-2546 PSG (PJWx) | Date | December 3, 2013 |
|---|---|---|---|
| Title | *Snyder, et al. v. Tanaka, et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**: **Order to Show Cause Why Defendants Larry Waldie, Daniel Cruz, Dennis Burns, Fernando Vasquez, and Christian Vasquez Should Not Be Dismissed Under Federal Rule of Civil Procedure 4(m)**

The Court's Standing Order provides:

> The Plaintiff(s) shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rules. Any Defendant(s) not timely served shall be dismissed from the action without prejudice. Any "DOE" or fictitiously-named Defendant(s) who is not identified and served within 120 days after the case is filed shall be dismissed pursuant to Fed. R. Civ. P. 4(m).

*Standing Order* ¶ 1. Plaintiff named Larry Waldie, Daniel Cruz, Dennis Burns, Fernando Vasquez, and Christian Vasquez as Defendants in this action. Dkt. # 1. However, to date, Plaintiff has not filed proof of service as to Defendants Waldie, Cruz, Burns, Fernando Vasquez, or Christian Vasquez. The 120-day period to serve these Defendants expired on August 8, 2013. Accordingly, Plaintiff is ordered to show cause no later than **December 24, 2013** why these Defendants should not be dismissed pursuant to Rule 4(m). Failure to respond to this Order to Show Cause by **December 24, 2013** may result in Defendants Waldie, Cruz, Burns, Fernando Vasquez, and Christian Vasquez being dismissed from this action.

**IT IS SO ORDERED.**